IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELINDA DEITER and JOHN DEITER, | : |
| Plaintiffs, | : |
| v. | : 3:16-CV-132 |
| CITY OF WILKES-BARRE, et al., | : (JUDGE MARIANI) |
| Defendants, | : |
| and | : |
| STELL ENTERPRISES, INC. et al., | : |
| Additional Defendants. | : |

## ORDER

**AND NOW THIS 19TH DAY OF MAY 2021**, upon consideration of Plaintiffs Melinda Deiter and John Deiter's Motion for Partial Summary Judgment (Doc. 98) and Defendants City of Wilkes-Barre and Frank Kratz's Motion for Summary Judgment (Doc. 102), for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs Melinda Deiter and John Deiter's Motion for Partial Summary Judgment (Doc. 98) is **DENIED**.

2. Defendants City of Wilkes-Barre and Frank Kratz's Motion for Summary Judgment (Doc. 102) is **DENIED**.

Robert D. Mariani
United States District Judge