# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MELINDA DEITER and
JOHN DEITER,

    Plaintiffs,

v.

CITY OF WILKES-BARRE, et al.,

    Defendants,

and

STELL ENTERPRISES, INC. et al.,

    Additional Defendants.

3:16-CV-132
(JUDGE MARIANI)

## ORDER

AND NOW THIS 21st DAY OF MAY 2021, upon consideration of Additional Defendants Stell Enterprises, Inc. and Robert Stella's Motion for Summary Judgment (Doc. 106), for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Additional Defendants' Motion (Doc. 106) is **GRANTED.**

2. Judgment is hereby entered **IN FAVOR OF** Additional Defendants Stell Enterprises, Inc. and Robert Stella and **AGAINST** Plaintiffs Melinda Deiter and John Deiter.

_____
Robert D. Mariani
United States District Judge